In the Matter of the Application of HERSHEY CREAMERY CO., INC., for an

51

Order Directing an Arbitration to Proceed and for the Appointment of Arbitrators, Pursuant to Contract between HERSHEY CREAMERY CO., INC., Appellant, and PARADIES-CARROLL CO., INC., Respondent.— Order denying motion to compel arbitration affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.